# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

D'Aaron Williams                    )
_____             )  Case Number: 16-1359-MJR
_____             )              (Clerk's Office will provide)
                                    )
*Plaintiff/Petitioner(s)*           )  ☒ CIVIL RIGHTS COMPLAINT
         v.                         )     pursuant to 42 U.S.C. §1983 (State Prisoner)
Officer Gorden, Lt. John Doe        )  ☐ CIVIL RIGHTS COMPLAINT
Lt. Jane Doe, Officer John Doe      )     pursuant to 28 U.S.C. §1331 (Federal Prisoner)
                                    )  ☐ CIVIL COMPLAINT
                                    )     pursuant to the Federal Tort Claims Act,
*Defendant/Respondent(s)*           )     28 U.S.C. §§1346, 2671-2680, or other law

**FILED**
**DEC 19 2016**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## I. JURISDICTION

Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement.

Cook County Department of corrections
D'Aaron Williams # 20120811136
P.O. Box 089002
Chicago, IL 60608

Defendant #1:

B. Defendant  **Officer Gorden**  is employed as
             (a) (Name of First Defendant)

**Officer**
(b) (Position/Title)

with  **Head sheriff Adams    Jefferson County Corrections**
           (c)  (Employer's Name and Address)

**911 Casey Ave. Mt Vernon, IL  62864**

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If your answer is YES, briefly explain:

She was the person who verbally told me she logged my mail the nite it was sent out.

(Rev. 7/2010)                        1

**Defendant #2:**

C. Defendant _John Doe_ is employed as
(Name of Second Defendant)

_Lt._
(Position/Title)

with _Head sheriff Adams Jefferson County Corrections_
(Employer's Name and Address)
_911 casey Ave. Mt vernon, IL 62864_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

On the day I found out my mail was sent to another detainees family I wrote a jail grievance on the kiosk & he responded.

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

Defendant #3

Defendant Jane Doe is employed as Lt. with Head sheriff Adams at Jefferson County Corrections 911 casey Ave. Mt vernon, IL 62864

Yes, At the time the claim alleged this complaint arose, Defendant #3 was employed by state, local, or federal government."

Explain: Since I found out my mail with my 3 families info was sent to another detainees family I decided to check on 2 legal letters one was sent to you at the United States District Court for southern Illinois & the other to the office of Professional Review. The mail was never logged which was answered on the 2 kiosk by Defendant #3.

(Rev. 7/2010)

II. PREVIOUS LAWSUITS

    A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☒ Yes ☐ No

    B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

        1. Parties to previous lawsuits:
        Plaintiff(s): D'Aaron Williams

        Defendant(s): Doctor John Doe, Nurse Jane Doe, Capt. Mount, Lt. Haynes, Lt. Jane Doe

        2. Court (if federal court, name of the district; if state court, name of the county): Jefferson County

        3. Docket number: N/A

        4. Name of Judge to whom case was assigned: N/A

        5. Type of case (for example: Was it a habeas corpus or civil rights action?): Civil rights

        6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

        7. Approximate date of filing lawsuit: Nov. 16th, 2016

        8. Approximate date of disposition: N/A

Defendant #4

E. Defendant John Doe is employed as officer with Head sheriff Adams at Jefferson County Corrections 911 Casey Ave. Mt Vernon, IL 62864

Yes, at the time the claim alleged this complaint arose, Defendant #4 was employed by the state, local or federal government.

Briefly explain: On the day I gave this officer my legal mail to be logged & mailed. He had a bald-head with a knot on it. He told me verbally he put it in the outgoing mail area.

III. GRIEVANCE PROCEDURE

    A. Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

    C. If your answer is YES,
        1. What steps did you take?

        I verbally talked to the lady who logged my mail the nite it was sent to the wrong person. I verbally talked to Lt. Hanes & I wrote multiple jail & emergency grievances as well as jail requests

        2. What was the result?

        I was informed that 2 legal letters that I sent out was never logged & they have no knowledge of what happened to them. I talked to the Lts & capt, but they didnt say nothing but they were sorry.

    D. If your answer is NO, explain why not.

    E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

    F. If your answer is YES,
        1. What steps did you take?

        2. What was the result?

    G. If your answer is NO, explain why not.

    H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

        The Lt. told me I could get any names or grievances unless I go through F.O.I.A

(Rev. 7/2010)             4

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I was informed by another detainee (Stanley Allen) that my letter to my family was in his families envelope when she opened it (patty carter). The letter was suppose to be sent to Matilda Caples. I called her a week later & she said she got a envelope with nothing inside. I wrote grievances about it. Due to the mishap with that letter, I wrote grievances about my 2 legal letters to make sure everything went right with them. I was told the letters never were logged & there is no knowledge on what happened to either of them. I talked to the Lts, the capt. personally & through the kiosk but nothing got accomplished. My mail was never found. Its a rule that all incoming & outgoing mail is to be logged & sent so I cant figure out if they just through my mail in the garbage.

V.  REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I would like the open mail process to be handled better or stopped altogether. I would also like compensation of $150,000 for carelessness of information, misusage of info, failing me contact with outside world, negligence, loss of property

VI.  JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.


### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 11-25-89
(date)

P.O. Box 089002
Street Address

Chicago, IL 60608
City, State, Zip

_D'Aaron Williams_
Signature of Plaintiff

D'Aaron Williams
Printed Name

20120811136
Prisoner Register Number

Signature of Attorney (if any)

Steven Fizer #20130905126
P.O. Box 089002
Chicago, IL 60608

Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

MAIL CLEARED
US MARSHALS



© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Paper