IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

D'AARON WILLIAMS,

Plaintiff,

v.

OFFICER GORDEN, *et al.*,

Defendants.

Case No. 16-cv-1359 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: December 20, 2019**    **MARGARET M. ROBERTIE, Clerk of Court**

  **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**